**Dismissed and Opinion Filed November 13, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00196-CR

## ERIC KEITH SCOTT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-85362-2011

# MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion by Justice Lang

Eric Keith Scott was convicted of disorderly conduct involving the display of a firearm. *See* TEX. PEN. CODE ANN. § 42.01(a)(8) (West Supp. 2012). Punishment was assessed at 180 days in jail, probated for two years, and a $1,000 fine. We adopted the trial court's finding that appellant no longer desires to pursue the appeal. The clerk's record has not been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120196F.FU05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC KEITH SCOTT, Appellant

No. 05-12-00196-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law No. 6 of Collin County, Texas (Tr.Ct.No. 006-85362-2011).

Opinion delivered by Justice Lang, Justices Bridges and Richter participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.

Judgment entered November 13, 2012.

_____
DOUGLAS S. LANG
JUSTICE